IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Crawford, Sheila | Case Number:  08 B 02291 |
| | Judge:  Squires, John H |
| Printed:  4/1/08 | Filed:  2/1/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  March 5, 2008
Confirmed:  March 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Beneficial | Secured | 50.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 40,000.00 | 0.00 |
| 4. | Oliphant Financial Corporation | Unsecured | 163.33 | 0.00 |
| 5. | Comcast | Unsecured | | No Claim Filed |
| 6. | EMC Mortgage Corporation | Unsecured | | No Claim Filed |
| 7. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 8. | HSBC | Unsecured | | No Claim Filed |
| 9. | Alltel | Unsecured | | No Claim Filed |
| 10. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,213.33 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Page 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Crawford, Sheila

Printed:  4/1/08

Case Number:  08 B 02291
Judge:  Squires, John H
Filed:  2/1/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

